**ORIGINAL**

MATTHEW H. MEAD,
United States Attorney
NICHOLAS VASSALLO,
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 19 2007

Stephan Harris, Clerk
Cheyenne

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Jane Joyce Rice; Water Garden, Inc.;<br>Perpetual Legacy Corp., Carte Blanche<br>Trust;  & Newport Pacific Trust Co., Ltd.;<br><br>    Defendants. | Civil No. **07 C V 0 1 9 -B** |

### ENTRY OF APPEARANCE OF NICHOLAS VASSALLO

Nicholas Vassallo, Assistant United States Attorney for the District of Wyoming, hereby enters his appearance as attorney on behalf of the United States of America.

**DATED** this ____ day of January, 2007.

MATTHEW H. MEAD
United States Attorney

_____
NICHOLAS VASSALLO
Assistant United States Attorney