OR           L

MATTHEW H. MEAD,
United States Attorney
NICHOLAS VASSALLO,
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 19 2007

Stephan Harris, Clerk
Cheyenne

MICHAEL G. PITMAN (*Pro Hac Vice* Pending)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 305-7938
Facsimile (202) 307-0054

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

United States of America,

   Plaintiff,

   v.

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp.; Carte Blanche
Trust; & Newport Pacific Trust Co., Ltd.;

   Defendants.

Civil No. 07 C V 0 19 -B

### NOTIFICATION OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C.L.R. 16.4, the Plaintiff, United States of America, by and through the United States Attorney for the District of Wyoming, herby notifies the Court and the opposing parties that the above named civil case is Non-Complex.

Dated: January 19th, 2007

MATTHEW H. MEAD,
United States Attorney

*/s/ Nicholas Vassallo*

NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003
Telephone: (307) 772-2124

MICHAEL G. PITMAN (*Pro Hac Vice* Pending)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938
Facsimile: (202) 307-0054