UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Jane Joyce Rice; Water Garden, Inc.;<br>Perpetual Legacy Corp., Carte Blanche<br>Trust;  & Newport Pacific Trust Co., Ltd.;<br><br>  Defendants. | Civil No.<br><br>**07CV 019-B** |

### [PROPOSED] ORDER GRANTING
### MOTION FOR ADMISSION *PRO HAC VICE*

THIS MATTER, having come before the Court on Assistant United States Attorney Nicholas Vassallo's Motion for Admission *Pro Hac Vice*,

IT IS HEREBY ORDERED that Michael G. Pitman be admitted *pro hac vice* as non-resident counsel of record for Plaintiff, United States of America.

DATED this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE