FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 2 6 2007

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

United States of America,

    Plaintiff,

v.

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp., Carte Blanche
Trust; & Newport Pacific Trust Co., Ltd.;

    Defendants.

Civil No.

**07CV 019-B**

### ORDER GRANTING
### MOTION FOR ADMISSION *PRO HAC VICE*

THIS MATTER, having come before the Court on Assistant United States Attorney Nicholas Vassallo's Motion for Admission *Pro Hac Vice*,

IT IS HEREBY ORDERED that Michael G. Pitman be admitted *pro hac vice* as non-resident counsel of record for Plaintiff, United States of America.

DATED this 25th day of January, 2007.

*[signature]*