

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

**JAN 3 0 2007**

Stephan Harris, Clerk
Cheyenne

MATTHEW H. MEAD,
United States Attorney
NICHOLAS VASSALLO,
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming  82003

MICHAEL G. PITMAN (Pro Hac Vice Pending)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 305-7938
Facsimile (202) 307-0054

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Jane Joyce Rice; Water Garden, Inc.;<br>Perpetual Legacy Corp., Carte Blanche<br>Trust; & Newport Pacific Trust Co.,<br>Ltd.;<br><br>  Defendants. | Civil No. 07CV019-B |

### NOTICE OF RECORDING OF NOTICE OF
### PENDENCY OF ACTION [LIS PENDENS]

Please take notice that Plaintiff United States of America has recorded a Notice of Pendency of Action (Lis Pendens) with the County Recorder for Sheridan County, Wyoming, a copy of which is attached hereto as Exhibit A.

Dated: January 29th, 2007

MATTHEW H. MEAD,
United States Attorney

NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003
Telephone: (307) 772-2124

MICHAEL G. PITMAN (Pro Hac Vice Pending)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938
Facsimile: (202) 307-0054
Michael.G.Pitman@usdoj.gov

563509 LIS PENDENS
BOOK 481 PAGE 0159
RECORDED 01/24/2007 AT 08:15 AM
AUDREY KOLTISKA, SHERIDAN COUNTY CLERK

MATTHEW H. MEAD,
United States Attorney
NICHOLAS VASSALLO,
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003

MICHAEL G. PITMAN (Pro Hac Vice Pending)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 305-7938
Facsimile (202) 307-0054

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Jane Joyce Rice; Water Garden, Inc.;<br>Perpetual Legacy Corp., Carte Blanche<br>Trust; & Newport Pacific Trust Co.,<br>Ltd.;<br><br>　　　　Defendants. | Civil No. 07CV019-B |

### NOTICE OF PENDENCY OF ACTION [LIS PENDENS]

Pursuant to Wyo. Stat. § 1-6-107, notice is hereby given of the above-captioned civil action:

1.　As Plaintiff, the United States of America has filed a civil action in the United States District Court for the Wyoming.

2.　The Defendants are Jane Joyce Rice, Water Garden, Inc., Perpetual Legacy Corp., Carte Blanche Trust, and Newport Pacific Trust Co.

3.　The description of the real property to be affected is: The real property located at 9 Pleasant Valley Drive, Sheridan, Wyoming, 82801-9735, which is more particularly described as follows:

Exhibit A
USA v. Jane Joyce Rice, et al
07CV019-B

Lot 3, Pleasant Valley Subdivision, a subdivision in Sheridan county, Wyoming, as recorded in Book 1 of Plats, Page 204, having a street address of 9 Pleasant Valley Drive, Sheridan, Wyoming, 82801.

4. The object of the action is to reduce federal tax assessments against Jane Joyce Rice to judgment, and to foreclose federal tax liens.

Dated: January 22, 2007

MATTHEW H. MEAD,
United States Attorney

NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003
Telephone: (307) 772-2124

MICHAEL G. PITMAN (Pro Hac Vice Pending)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938
Facsimile: (202) 307-0054
Michael.G.Pitman@usdoj.gov

STATE OF WYOMING   )
                   ) ss.
COUNTY OF LARAMIE  )

Subscribed and sworn before me by Nicholas Vassallo this 22 day of January, 2007.

Kathleen Eckhardt
Notary Public

My commission expires: 6-20-2008



2