AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

United States of America

**SUMMONS IN A CIVIL CASE**

V.

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp., Carte Blanche Trust;
& Newport Pacific Trust Co., Ltd.;

Case Number:

**07 C V 0 19 - B**

TO: (Name and address of Defendant)
Jane Joyce Rice
9 Pleasant Valley Drive
Sheridan, Wyoming 82801-9735

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NICHOLAS VASSALLO
Assistant United States Attorney
P.O. Box 668
Cheyenne, Wyoming 82003

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Stephan Harris                                   JAN 1 9 2007

CLERK                                            DATE

Zachary Fisher  (SEAL)

(By) DEPUTY CLERK

≈AO440 (Rev. 8/01) Summons in a Civil Case

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 2-14-07 |
| NAME OF SERVER (PRINT) Suzie Trumbull | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 9 Pleasant Valley Dr, Sheridan, WY 82801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $45— | TOTAL $45— |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-16-07       *Suzie M. Trumbull*
             Date           Signature of Server

             37 Pierce Rd Sheridan
             Address of Server
             WY 82801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff/Petitioner<br><br>vs.<br>JANE JOYCE RICE; ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>**07CV 019-B**<br><br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS AND COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **14th day of February, 2007, at 8:58 PM**, at the address of **9 PLEASANT VALLEY Drive, SHERIDAN, Sheridan** County, **WY 82801**; this affiant served the above described documents upon **JANE J. RICE**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **JANE J. RICE, NAMED DEFENDANT**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **16th day of February, 2007**.

_____
**Suzie Trumbull**


SUBSCRIBED AND SWORN to before me this 16th day of February, 2007

_____
NOTARY PUBLIC in and for the State of **Wyoming**
Residing at: 909 N. Main
My Commission Expires: Dec 6, 2010

ANGELA M. BURTON
NOTARY PUBLIC
COUNTY OF SHERIDAN
STATE OF WYOMING
My Commission Expires December 6, 2010


| | | |
|---|---|---|
| ABC's Client Name<br>**U S Dept DOJ -Tax Div/PO BOX 683** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **4257861** |