# EXTENSION OF TIME
# MINUTE ORDER

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR - 2 2007

Stephan Harris, Clerk
Cheyenne

Case Name: USA V Rice, et al

Case Docket No. 07 CV 019B

Date Of Hearing: March 2, 2007

Telephone Hearing:
- ☐ No
- ☑ Yes

Motion to Extend Time to:
- ☑ Answer complaint
- ☐ Respond to interrogatories
- ☐ Respond to requests for production
- ☐ Respont to requests for admissions
- ☐ Other

Party(s) Requesting Extension:
- Plaintiff
- Defendant: Jane Joyce Rice - Pro Se
- Third-Party

Party(s) Opposing Request:
- Plaintiff: Michael Pitman - did not appear but has no objection
- Defendant
- Third-Party

Original Response Date: March 6, 2007
- ☑ Extension Granted:
- ☐ Extension Denied:

Response Date Extended to and Including: March 21, 2007

Stated Reason for Extension:
Pro Se defendant needs additional time to attempt to retain counsel to represent her and to respond to the complaint.

/s/ William C. Beaman
U.S. Magistrate Judge