FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 19 2007

Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANE JOYCE RICE; WATER GARDEN, INC.; PERPETUAL LEGACY CORP.; CARTE BLANCHE TRUST; RICHARD LONG, and NEWPORT PACIFIC TRUST CO., LTD.,

    Defendants.

**NOTICE**

Case Number: **07-CV-19-B**

TYPE OF CASE:

    CIVIL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>CHEYENNE, WY before Judge Brimmer | ROOM NO.<br>COURTROOM NO. 2 |
|---|---|
| | DATE AND TIME<br>**June 4, 2007  10:00 a.m.** |

TYPE OF PROCEEDING

**HEARING ON DEFENDANTS' MOTION TO QUASH AND MOTION TO DISMISS and any other pending motions timely filed.**

Stephan Harris
CLERK OF COURT

(BY) DEPUTY CLERK

April 19, 2007
DATE

TO:

Michael G. Pittman
AUSA Nicholas Vassallo
Jane Joyce Rice, Pro Se
Wyoming Reporting Service