Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming 82801

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 2 7 2007

Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

United States of America,

Plaintiff,

v.

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp.; Carte Blanche
Trust; & Newport Pacific Trust Co, Ltd;

Defendants,

**CERTIFICATE OF SERVICE**

Civil No. 07CV019-B

I HEREBY CERTIFY that on April _17_ 2007, a copy of the **AMENDED VERIFIED MOTION TO QUASH SERVICE OF PROCESS AND MOTION TO DISMISS** was deposited in the United States Mail Express Delivery addressed to:

Nicholas Vassallo
Assistant United States Attorney
P.O. Box 668
Cheyenne Wyoming, 82003

_Jane Joyce Rice_