UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>           v.<br><br>Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co., Ltd.;<br><br>    Defendants. | Civil No. 2:07-cv-19-CAB |

**[PROPOSED] ORDER**

The Court having read and considered the United States' Motion To Extend Time For Service, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 4(m), that the time limit to serve the Summons and Complaint upon Defendants Water Garden, Inc., Perpetual Legacy Corp., Carte Blanche Trust, and Newport Pacific Trust Co., Ltd., is extended by 42 days from the date of this Order.

DATED this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE