UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAY 0 8 2007

Stephan Harris, Clerk
Cheyenne

United States of America,

    Plaintiff,

v.

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp.; Carte Blanche
Trust; & Newport Pacific Trust Co.,
Ltd.;

    Defendants.

Civil No. 2:07-cv-19-CAB

**ORDER**

The Court having read and considered the United States' Motion To Extend Time For Service, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 4(m), that the time limit to serve the Summons and Complaint upon Defendants Water Garden, Inc., Perpetual Legacy Corp., Carte Blanche Trust, and Newport Pacific Trust Co., Ltd., is extended by 42 days from the date of this Order.

DATED this 7th day of May, 2007.

    UNITED STATES MAGISTRATE JUDGE