UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAY 0 8 2007

Stephan Harris, Clerk
Cheyenne

United States of America,

    Plaintiff,

v.

Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co., Ltd.;

    Defendants.

Civil No. 2:07-cv-19-CAB

## [PROPOSED] ORDER

The Court having read and considered the United States' Motion for Service of Defendants Water Garden, Inc., Perpetual Legacy Corp., Carte Blanche Trust, and Newport Pacific Trust Co., Ltd., by Publication it is hereby ORDERED that United States may serve Defendants Water Garden, Inc., Perpetual Legacy Corp., Carte Blanche Trust, and Newport Pacific Trust Co., Ltd., by publication, as provided under Wyoming law.

DATED this 8th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE