# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| **United States of America,** | |
| **Plaintiff,** | |
| v. | Civil No. 07CV019-B |
| **Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co, Ltd;** | |
| **Defendants,** | |

## ORDER

This Court, being fully advised in the premises, hereby finds that the Plaintiff United States in making claims against the Defendant outside the scope of its territorial, plenary jurisdiction, is wholly without personal jurisdiction over the Defendant, and finds that the property of concern in the complaint is not within the District of Wyoming, and hereby finds that this court lacks jurisdiction over both the Defendant and her property concern and orders this case dismissed with prejudice.

_____

United States of America v. Jane Joyce Rice, et al
Civil No. 07CV019-B
Supplemental to Amended Motion to Quash

9