# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| **United States of America,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co, Ltd;**<br><br>**Defendants,** | Civil No. 07CV019-B |

## ORDER

This Court, being fully advised in the premises, hereby orders the Plaintiff to make a more definite statement by defining the terms "United States of America," as distinguished from "United States" in paragraph 36, and the terms "Secretary," "Treasury," or "Secretary of the Treasury" and "Internal Revenue Service," particularly as concerning the actual character and capacity of each and the jurisdiction under which they are operating.

_____

United States of America v. Jane Joyce Rice, et al
Civil No. 07CV019-B
Supplemental to Amended Motion to Quash

10