6

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

United States of America,

Plaintiff,

v.

Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co, Ltd;

Defendants,

Civil No. 07CV019-B

## ORDER

This Court, being fully advised in the premises, hereby orders the nullity of and declares void the Magistrate Judge's Report And Recommendation Denying Jane Rice's Motion To Quash Service Of Process And Dismiss Complaint, and further striking the said Report from the record and enjoining the Magistrate Judge from any further involvement in this action.

_____

United States of America v. Jane Joyce Rice, et al.
Civil No. 07CV019-B
Notice of Nullity of Magistrate's Report

6