Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jane Joyce Rice; Water Garden, Inc.;<br>Perpetual Legacy Corp.; Carte Blanche<br>Trust; & Newport Pacific Trust Co, Ltd;<br><br>Defendants, | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF WYOMING<br><br>MAY 1 7 2007<br><br>Stephan Harris, Clerk<br>Cheyenne<br><br>Civil No. 07CV019-B |

### AMENDED VERIFICATIONS

State of Wyoming    )
                    ) ss
County of Sheridan  )


I, Jane Joyce Rice, make this special appearance to amend all verifications tendered in this case to conform with 28 U.S.C. 1746(1).

    I, Jane Joyce Rice, being competent to testify declare under penalty of perjury under the laws of the United States of America that the facts stated in both the Motion to Quash and the Amended Motion to Quash, and in any other verified motion I have submitted in this action are true and correct.

Subscribed and sworn before me this 15th day of May, 2007.

*Jane Joyce Rice*

*Brittany A. Buszkiewic*    01/20/2010
Notary                       My commission expires

Brittany A. Buszkiewic    NOTARY PUBLIC
COUNTY OF                 STATE OF
SHERIDAN                  WYOMING
MY COMMISSION EXPIRES APRIL 20, 2010