Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

United States of America,

Plaintiff,

v.

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp.; Carte Blanche
Trust; & Newport Pacific Trust Co, Ltd

Defendants,

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAY 29 2007

Stephan Harris, Clerk
Cheyenne

Civil No. 07CV019-B

### Second Amended Verified Motion to Quash

| State of Wyoming | ) |
| --- | --- |
|  | ) ss |
| County of Sheridan | ) |

I, Jane Joyce Rice, tender this second amended verified motion to quash and pursuant 28 U.S.C. § 1746 declare as follows.

1. The motion to quash and the amended motion to quash are included herein by reference as though set forth fully.

2. Notwithstanding my previous mistaken belief and representation to this court to the contrary, the purported "process" I thought I was served on February 14, 2007 was not process issued from this court. My recent diligent research into the matter has caused me to come into this understanding..

3. The document titled "SUMMONS IN A CIVIL CASE" given to me by a process server on February 14, 2007 and accompanied with a document titled "COMPLAINT," was neither signed by the clerk of this court nor under the seal of the court.

4. 28 USC § 1691 provides that "[a]ll writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof."

5. FRCP 4(a) provides *inter alia* that "[t]he summons shall be signed by the clerk, bear the seal of the court, identify the court and the parties, be directed to the defendant, and state the name and address of the plaintiff's attorney or, if unrepresented, of the plaintiff.

Wherefore, the purported service of "process" executed without the requisite signature and seal, is defective, and this court lacks personal jurisdiction.

I, Jane Joyce Rice, being competent to testify declare under penalty of perjury under the laws of the United States of America that the facts stated herein are true and correct.

*Jane Joyce Rice*
Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming

Subscribed and sworn before me this 24th day of May, 2007.

*Mary Ella Hando*     7-5-2009
Notary                My commission expires

MARY ELLA HANDO   NOTARY PUBLIC
COUNTY OF         STATE OF
                  WYOMING
MY COMMISSION EXPIRES JULY 5, 2009

Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jane Joyce Rice; Water Garden, Inc.;<br>Perpetual Legacy Corp.; Carte Blanche<br>Trust; & Newport Pacific Trust Co, Ltd;<br><br>Defendants, | **CERTIFICATE OF SERVICE**<br><br>Civil No. 07CV019-B<br><br>FILED<br>U.S. DISTRICT COU:<br>DISTRICT OF WYOMING<br><br>**MAY 29** 2007<br><br>Stephan Harris, Clerk<br>Cheyenne |

I HEREBY CERTIFY that on May $\underline{24}$ 2007, a copy of the Second Amended Verified Motion to Quash was deposited in the United

States Mail addressed to:

Nicholas Vassallo
Assistant United States Attorney
P.O. Box 668
Cheyenne Wyoming, 82003

*Jane Joyce Rice*

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co, Ltd;<br><br>Defendants, | Civil No. 07CV019-B |

## (Proposed) ORDER

This Court, being fully advised in the premises, hereby orders this case dismissed for want of personal jurisdiction over Jane Joyce Rice.

_____