# CIVIL MINUTE SHEET
# MOTION HEARING

☐ Telephonic

**FILED**
*10:59 am, 6/4/07*
**Stephan Harris**
**Clerk of Court**

Date: 06/04/07

Time: 10:54-10:59 am

Case No.: 07-CV-19B

USA  VS  JANE JOYCE RICE

| Alan B. Johnson | Josie Saenz | Kathy Kendrick | Lily Sharpe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): Michael Pitman by phone; Nicholas Vassallo

Attorney(s) for Defendant(s): Joyce Rice Pro/Se not present

Witness(es) for Plaintiff(s):
Witness(es) for Defendant(s):

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 9 | quash | Denied |
| Defendant | 9 | dismiss | Denied |
| Defendant | 14 | quash | Denied |
| Defendant | 22 | dismiss | Denied |
| Defendant | 26 | quash | Denied |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
_____ by _____

☑ Order to be prepared by    ☑ Court    ☐ Attorney _____
☐ Attorney _____   Admitted *pro hac vice*

Other proceedings