**Jane Joyce Rice**
**9 Pleasant Valley Lane**
**Sheridan, Wyoming**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 2 8 2007

Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **United States of America,** | |
| Plaintiff, | |
| v. | |
| **Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co, Ltd** | Civil No. 07CV019-B |
| Defendants, | |

## NOTICE TO COURT OF REASON FOR ABSENCE AT JUNE 4, 2007 HEARING AND MOTION TO VACATE AND SET ASIDE ORDER DENYING MOTIONS AND TO RESCHEDULE HEARING

On the morning of Monday June 4, 2007, I was unable to attend the scheduled hearing due to the fact that I was in St. Vincent's hospital at Billings, Montana undergoing an emergency surgery to relieve a life threatening hematoma.

I hereby move the court to take notice of the actual cause of my failure to attend the hearing and move the court to vacate and set aside the denial of the motions, and to reschedule the motions hearing. I have conferred with opposing counsel on this notice and motion.

I, Jane Joyce Rice, being competent to testify declare under penalty of perjury under the laws of the United States of America that the facts stated herein are true and correct.

*Jane Joyce Rice*
Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming

Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| United States of America, | CERTIFICATE OF SERVICE |
| Plaintiff, | Civil No. 07CV019-B |
| v. | |
| Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co, Ltd; | |
| Defendants, | |

I HEREBY CERTIFY that on May 28 2007, a copy of the **NOTICE TO COURT OF REASON FOR ABSENCE AT JUNE 4, 2007 HEARING AND MOTION TO VACATE AND SET ASIDE ORDER DENYING MOTIONS AND TO RESCHEDULE HEARING** was deposited in the United States Mail addressed to:

Nicholas Vassallo
Assistant United States Attorney
P.O. Box 668
Cheyenne Wyoming, 82003

*/s/ Jane Joyce Rice*

United States of America v. Jane Joyce Rice, et al.
Civil No. 07CV019-B
Declaration of Jane Joyce Rice in Support of Second Amended Verified Motion to Quash

2