MATTHEW H. MEAD
United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming  82003

MICHAEL G. PITMAN (*Pro Hac Vice*)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 305-7938
Facsimile (202) 307-0054

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | Civil No. 2:07-cv-19-CAB |
| Jane Joyce Rice, et al., | |
| Defendants. | |

**PLAINTIFF UNITED STATES' OPPOSITION TO DEFENDANT
JANE JOYCE RICE'S MOTION FOR CERTIFICATION
OF ISSUE FOR INTERLOCUTORY APPEAL**

The United States of America, by its undersigned counsel, hereby opposes

Defendant Jane Joyce Rice's ("Jane Rice's") "Objection To And Motion To

Reconsider The Denial Of Amended Motion To Quash And For Findings Of Fact

And To Certify For Appeal Pursuant To 28 U.S.C. 1292(b)" (the "Motion") (Doc. # 29).

In the Motion, Jane Rice requests that the Court certify two questions raised by her various motions to dismiss and to quash, all of which were denied on June 15, 2007. *See* Doc. # 28. Specifically, Jane Rice wishes to appeal (1) the question of whether she was properly served, and (2) the question of "whether the chief counsel has standing to authorize this case, and whether the court has in rem jurisdiction to foreclose on real or personal property within the State of Wyoming but without a federal enclave." *See* Motion at 3. Jane Rice's position with respect to both of these questions relies on her tenacious belief that the District of Wyoming is somehow distinct from the State of Wyoming. However, it cannot reasonably be disputed that every single inch of the State of Wyoming is encompassed by the District of Wyoming, *see* 28 U.S.C. § 131, or that every individual and object located in the State of Wyoming is also within the District of Wyoming. Accordingly, the issues Jane Rice seeks to appeal cannot meet 28 U.S.C. § 1292(b)'s requirements for certification because there is no "substantial ground" for questioning the Court's June 15, 2007 ruling. Thus, the Motion should be denied.

- 3 -

                                    MATTHEW H. MEAD,
                                    United States Attorney
                                    NICHOLAS VASSALLO
                                    Assistant United States Attorney
                                    District of Wyoming
                                    P.O. Box 668
                                    Cheyenne, Wyoming  82003
                                    Telephone: (307) 772-2124

Dated:  July 9, 2007              s/ Michael G. Pitman
                                    MICHAEL G. PITMAN (*Pro Hac Vice*)
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 683
                                    Ben Franklin Station
                                    Washington, D.C. 20044-0683
                                    Telephone: (202) 305-7938
                                    Facsimile: (202) 307-0054
                                    Michael.G.Pitman@USDOJ.gov