## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **PLAINTIFF UNITED STATES' OPPOSITION TO DEFENDANT JANE JOYCE RICE'S MOTION FOR CERTIFICATION OF ISSUE FOR INTERLOCUTORY APPEAL** has been made this 9th day of July, 2007, by placing copies in the United States Mail addressed to the following:

>Jane Joyce Rice
>9 Pleasant Valley Lane
>Sheridan, Wyoming 82801

<u>s/ Michael G. Pitman</u>
Trial Attorney, Tax Division
U.S. Department of Justice