MATTHEW H. MEAD
United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003

MICHAEL G. PITMAN (*Pro Hac Vice*)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 305-7938
Facsimile (202) 307-0054

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co., Ltd.;<br><br>    Defendants. | Civil No. 2:07-cv-19-CAB |

**PLAINTIFF UNITED STATES OF AMERICA'S
PROOF OF SERVICE BY PUBLICATION**

Attached hereto as Exhibit A is true and correct copy of the Proof of

Publication of the Notice of Service of Summons by Publication upon Defendants

Water Gardens, Inc., Perpetual Legacy Corp., Carte Blanche Trust, and Newport

Pacific Trust Co., Ltd., through notices being published in the Wyoming Tribune-eagle once per week for four consecutive weeks beginning on May 23, 2007, with the last publication occurring on June 13, 2007.

          MATTHEW H. MEAD,
          United States Attorney
          NICHOLAS VASSALLO
          Assistant United States Attorney
          District of Wyoming
          P.O. Box 668
          Cheyenne, Wyoming 82003
          Telephone: (307) 772-2124

Dated: August 2, 2007          <u>s/ Michael G. Pitman</u>
          MICHAEL G. PITMAN (*Pro Hac Vice*)
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Ben Franklin Station
          Washington, D.C. 20044-0683
          Telephone: (202) 305-7938
          Facsimile: (202) 307-0054
          Michael.G.Pitman@USDOJ.gov

# EXHIBIT A

## Proof of Publication

THE STATE OF WYOMING ) ss.
County of Laramie )

### AFFIDAVIT

L.D. Catalano of said County of Laramie, being first duly sworn, deposes and says that he is Controller; or Val Kealy, of said County of Laramie, being first duly sworn, deposes and says that she is the Office Manager of the

# Wyoming Tribune-Eagle

a newspaper printed and published in said County and State, and in the Capitol of said State; that the notice of which the annexed is a true copy, has been published in the said newspaper.

for     Four     Times, to wit:
May 23, 30, 2007
June 6, 13, 2007

and that the first publication of said notice was made in said paper bearing date

May 23,                    A.D. 20  07

and that the last publication of said notice was made in said paper bearing date

June 13,                   A.D. 20  07

*Val Kealy*

Subscribed in my presence and sworn to before me by the aforesaid L.D. Catalano, Controller or Val Kealy, Office Manager.

this   13   Day of  _____  20 07
My commission expires:
October 6, 2007

*Erlinda Cummings*
Notary Public

---

**NOTICE OF SERVICE OF SUMMONS BY PUBLICATION**
Please take notice that, pursuant to an Order dated May 8, 2007 authorizing service of process by publication, Water Garden, Inc., Perpetual Legacy Corp., Carte Blanche Trust, and Newport Pacific Trust Co., Ltd., are hereby summonsed and required to appear or respond to the Complaint filed on January 19, 2007, in the civil proceeding of United States v. Jane Joyce Rice, et al., Civil No. 2:07-cv-19-CAB, in the United States District Court for the District of Wyoming. This civil action was brought to foreclose federal tax liens against certain property described in the Complaint, including the property located at 9 Pleasant Valley Drive, Sheridan, Wyoming, 82801-9735. A failure to respond to the Complaint before July 7, 2007 shall constitute a default and the Court will proceed to the hearing and adjudication of the suit as if Water Garden, Inc., Perpetual Legacy Corp., Carte Blanche Trust, and Newport Pacific Trust Co., Ltd., had been served with process according to the laws of the State of Wyoming. Each response shall be filed with the United States District Court Clerk, District of Wyoming, at the following location: 2120 Capital Avenue, Second Floor, Cheyenne, Wyoming, 82001-3688. A copy of each response must also be served on Michael G. Pitman, Trial Attorney, United States Department of Justice, P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044-0683, telephone (202) 305-7938.
May 23, 30, June 6, 13, 2007