MATTHEW H. MEAD
United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming  82003

MICHAEL G. PITMAN (*Pro Hac Vice*)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 305-7938
Facsimile (202) 307-0054

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust;  & Newport Pacific Trust Co., Ltd.;<br><br>　　　　Defendants. | Civil No. 2:07-cv-19-CAB |

**TO:　Clerk of the Court**
　　　**United States District Court**
　　　**Southern District of California**

**UNITED STATES' REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT NEWPORT PACIFIC TRUST CO.**

The United States of America, through undersigned counsel, pursuant to

Fed. R. Civ. P 55(a), hereby requests the entry of default against Defendant Newport Pacific Trust Co. ("Newport Pacific"), as Newport Pacific has failed to appear or file a responsive pleading in this action, and states as follows in support:

1. The United States commenced the action against Newport Pacific on January 19, 2007.  *See* Doc. # 1.

2. Service of process upon Newport Pacific was completed by publication on June 13, 2007.  *See* Docs. # 21 & 32.

3. Consequently, Newport Pacific was required to appear and/or otherwise plead in this action no later than July 5, 2007.  *See* Fed. R. Civ. P. 12(a)(1)(A); Doc. # 32.

4. To date, Newport Pacific has not filed an answer or otherwise responded to the Complaint, or appeared in any other manner before the Court in this matter.  *See generally* Civil Docket for Case # 2:07-cv-19-CAB.  Accordingly, Newport Pacific has defaulted.

WHEREFORE, the United States prays that the Clerk of the United States District Court for the District of Wyoming enter default against Newport Pacific.

                                         MATTHEW H. MEAD,
United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming  82003
Telephone: (307) 772-2124

Dated:  August 7, 2007         <u>s/ Michael G. Pitman</u>
MICHAEL G. PITMAN (*Pro Hac Vice*)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938
Facsimile: (202) 307-0054
Michael.G.Pitman@USDOJ.gov