MATTHEW H. MEAD
United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming  82003

MICHAEL G. PITMAN (*Pro Hac Vice*)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 305-7938
Facsimile (202) 307-0054

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>                        v.<br><br>Jane Joyce Rice; Water Garden, Inc.;<br>Perpetual Legacy Corp.; Carte Blanche<br>Trust; & Newport Pacific Trust Co.,<br>Ltd.;<br><br>        Defendants. | Civil No. 2:07-cv-19-CAB |

**TO:    Clerk of the Court**
**United States District Court**
**Southern District of California**

### UNITED STATES' REQUEST FOR ENTRY OF DEFAULT
### AGAINST DEFENDANT CARTE BLANCHE TRUST

The United States of America, through undersigned counsel, pursuant to

Fed. R. Civ. P 55(a), hereby requests the entry of default against Defendant Carte Blanche Trust ("Carte Blanche"), as Carte Blanche has failed to appear or file a responsive pleading in this action, and states as follows in support:

1.     The United States commenced the action against Carte Blanche on January 19, 2007.  *See* Doc. # 1.

2.     Service of process upon Carte Blanche was completed by publication on June 13, 2007.  *See* Docs. # 21 & 32.

3.     Consequently, Carte Blanche was required to appear and/or otherwise plead in this action no later than July 5, 2007.  *See* Fed. R. Civ. P. 12(a)(1)(A); Doc. # 32.

4.     To date, Carte Blanche has not filed an answer or otherwise responded to the Complaint, or appeared in any other manner before the Court in this matter. *See generally* Civil Docket for Case # 2:07-cv-19-CAB.  Accordingly, Carte Blanche has defaulted.

WHEREFORE, the United States prays that the Clerk of the United States District Court for the District of Wyoming enter default against Carte Blanche.

MATTHEW H. MEAD,
United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming  82003
Telephone: (307) 772-2124

Dated:  August 7, 2007

s/ Michael G. Pitman
MICHAEL G. PITMAN (*Pro Hac Vice*)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938
Facsimile: (202) 307-0054
Michael.G.Pitman@USDOJ.gov