FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 13 2007

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

United States of America,

    Plaintiff,

          v.                    Civil No. 2:07-cv-19-CAB

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp.; Carte Blanche
Trust; & Newport Pacific Trust Co.,
Ltd.;

    Defendants.

## DEFAULT

Defendant Water Garden, Inc. is in default for failure to answer or otherwise plead to the complaint.

Dated: August 13th, 2007.

Clerk of Court
United States District Court
District of Wyoming