## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT NEWPORT PACIFIC TRUST CO., LTD.,** has been made this 30th day of August, 2007, by placing copies in the United States Mail addressed to the following:

>Jane Joyce Rice
>9 Pleasant Valley Lane
>Sheridan, Wyoming 82801

>s/ Michael G. Pitman
>Trial Attorney, Tax Division
>U.S. Department of Justice