FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT - 5 2007

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>        v.<br><br>Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co., Ltd.;<br><br>    Defendants. | Civil No. 2:07-cv-19-CAB |

## JUDGMENT

This matter came before the Court upon the United States' Motion For Entry Of Default Judgment Against Defendant Perpetual Legacy Corp. Service of process upon Defendant Perpetual Legacy Corp. was completed by publication on June 13, 2007. Defendant Perpetual Legacy Corp. failed to file a pleading or otherwise defend, and default was entered pursuant to Fed. R. Civ. P. 55(a) on August 13, 2007. Accordingly, default judgment is hereby entered in favor of Plaintiff and against Defendant Perpetual Legacy Corp., pursuant to Fed. R. Civ. P. 55(b).

It is FURTHER ORDERED AND DECLARED that Defendant Perpetual Legacy Corp. has no interest, estate, or claim of any kind whatsoever in Defendant Jane Joyce Rice's royalty interest in mineral rights which is more particularly described as follows:

>An approximate 1% mineral rights royalty interest in 1,356.25 acres in Sheridan County, Wyoming

or any other property described in the Complaint which is the subject of this action.

DATED this 5th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE