FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT - 5 2007

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

United States of America,

    Plaintiff,

             v.

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp.; Carte Blanche
Trust; & Newport Pacific Trust Co.,
Ltd.;

    Defendants.

Civil No. 2:07-cv-19-CAB

## JUDGMENT

This matter came before the Court upon the United States' Motion For Entry Of Default Judgment Against Defendant Carte Blanche Trust. Service of process upon Defendant Carte Blanche Trust was completed by publication on June 13, 2007. Defendant Carte Blanche Trust failed to file a pleading or otherwise defend, and default was entered pursuant to Fed. R. Civ. P. 55(a) on August 13, 2007. Accordingly, default judgment is hereby entered in favor of Plaintiff and against Defendant Carte Blanche Trust, pursuant to Fed. R. Civ. P. 55(b).

It is FURTHER ORDERED AND DECLARED that Defendant Carte Blanche

Trust has no interest, estate, or claim of any kind whatsoever in the 1997 GMC Pickup Truck bearing VIN #: 1GTEK19R8VE507584, or any other property described in the Complaint which is the subject of this action.

DATED this _____ day of _____October_____, 2007.

_____
UNITED STATES DISTRICT JUDGE