FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT - 5 2007

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

United States of America,

    Plaintiff,

v.

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp.; Carte Blanche
Trust; & Newport Pacific Trust Co.,
Ltd.;

    Defendants.

Civil No. 2:07-cv-19-CAB

## JUDGMENT

This matter came before the Court upon the United States' Motion For Entry Of Default Judgment Against Defendant Newport Pacific Trust Co., Ltd. Service of process upon Defendant Newport Pacific Trust Co., Ltd. was completed by publication on June 13, 2007. Defendant Newport Pacific Trust Co., Ltd. failed to file a pleading or otherwise defend, and default was entered pursuant to Fed. R. Civ. P. 55(a) on August 13, 2007. Accordingly, default judgment is hereby entered in favor of Plaintiff and against Defendant Newport Pacific Trust Co., Ltd., pursuant to Fed. R. Civ. P. 55(b).

It is FURTHER ORDERED AND DECLARED that Defendant Newport Pacific Trust Co., Ltd. has no interest, estate, or claim of any kind whatsoever in the $240,975 transferred for the benefit of Defendant Jane Joyce Rice to an account held by Defendant Newport Pacific at the LGT Bank in Liechtenstein on June 18, 2004, or any other property described in the Complaint which is the subject of this action.

DATED this 5th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE