JOHN R. GREEN
Acting United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003

MICHAEL G. PITMAN (*Pro Hac Vice*)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 305-7938
Facsimile (202) 307-0054

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>Jane Joyce Rice, *et al.*,<br><br>　　　　Defendants. | Civil No. 2:07-cv-19-CAB |

**TO:**　**Clerk of the Court**
　　　**United States District Court**
　　　**District of Wyoming**

**UNITED STATES' REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT JANE JOYCE RICE**

- 2 -

The United States of America, through undersigned counsel, pursuant to Fed. R. Civ. P 55(a), hereby requests the entry of default against Defendant Jane Joyce Rice ("Jane Rice"), as she has failed to file a timely responsive pleading in this action, and states as follows in support:

1. The United States commenced the action against Jane Rice on January 19, 2007. *See* Doc. # 1.

2. Service of process upon Jane Rice was completed on February 28, 2007. *See* Doc. # 7.

3. Jane Rice filed a motion pursuant to Fed. R. Civ. P. 12 on March 20, 2007, *see* Doc. # 7, which was denied on June 15, 2007. *See* Doc. # 28.

4. Consequently, Jane Rice was required to file a responsive pleading no later than June 29, 2007. *See* Fed. R. Civ. P. 12(a)(4)(A). To date, Jane Rice has not filed an answer or otherwise responded to the Complaint. Accordingly, Jane Rice has defaulted.

WHEREFORE, the United States prays that the Clerk of the United States District Court for the District of Wyoming enter default against Jane Rice.

- 3 -

                            JOHN R. GREEN,
                            Acting United States Attorney
                            NICHOLAS VASSALLO
                            Assistant United States Attorney
                            District of Wyoming
                            P.O. Box 668
                            Cheyenne, Wyoming  82003
                            Telephone: (307) 772-2124

Dated:  November 30, 2007        s/ Michael G. Pitman
                            MICHAEL G. PITMAN (*Pro Hac Vice*)
                            Trial Attorney, Tax Division
                            U.S. Department of Justice
                            P.O. Box 683
                            Ben Franklin Station
                            Washington, D.C. 20044-0683
                            Telephone: (202) 305-7938
                            Facsimile: (202) 307-0054
                            Michael.G.Pitman@USDOJ.gov