UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>              v.<br><br>Jane Joyce Rice, et al.,<br><br>    Defendants. | Civil No. 2:07-cv-19-CAB |

**CLERK'S ENTRY OF DEFAULT AGAINST<br>DEFENDANT JANE JOYCE RICE**

Upon Motion of Plaintiff, Untied States of America, for entry of default against Defendant Jane Joyce Rice, and Defendant Jane Joyce Rice having failed to plead or otherwise defend in this matter, default against Defendant Jane Joyce Rice is hereby entered as provided by Rule 55(a), Fed. R. Civ. P.

Dated: December \_\_\_\_, 2007.

_____
Clerk of Court
United States District Court
District of Wyoming