## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JANE JOYCE RICE,** has been made this 30th day of November, 2007, by placing copies in the United States Mail addressed to the following:

>Jane Joyce Rice
>9 Pleasant Valley Lane
>Sheridan, Wyoming 82801

>>s/ Michael G. Pitman
>>Trial Attorney, Tax Division
>>U.S. Department of Justice