FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 0 4 2007

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

United States of America,

    Plaintiff,

        v.

Jane Joyce Rice, et al.,

    Defendants.

Civil No. 2:07-cv-19-CAB

## CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT JANE JOYCE RICE

Upon Motion of Plaintiff, Untied States of America, for entry of default

against Defendant Jane Joyce Rice, and Defendant Jane Joyce Rice having failed

to plead or otherwise defend in this matter, default against Defendant Jane Joyce

Rice is hereby entered as provided by Rule 55(a), Fed. R. Civ. P.

    Dated: December 4, 2007.

Clerk of Court
United States District Court
District of Wyoming