FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 0 5 2007

Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JANE JOYCE RICE; et al.,

        Defendants.

**NOTICE**

Case Number: **07-CV-019-B**

TYPE OF CASE:

        CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE<br>CHEYENNE, WY before Judge Brimmer | ROOM NO.<br>COURTROOM NO. 2 |
|---|---|
| | DATE AND TIME<br>January 4, 2008   10:30 a.m. |

TYPE OF PROCEEDING

Hearing on Defendant's Objection to and Motion to Reconsider the Denial of Defendant's Amended Motion to Quash and All other pending motions timely filed by the parties.

Stephan Harris
CLERK OF COURT

(BY) DEPUTY CLERK

December 5, 2007
DATE

TO:

AUSA Nicholas Vassallo
Michael G. Pitman - Tax Division
Jane Joyce Rice
Wyoming Reporting Service