Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming 82801

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 13 2007

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WYOMING

| United States of America, | |
|---|---|
| Plaintiff, | |
| v. | Civil No. 07CV019-B |
| Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co, Ltd; | |
| Defendants, | |

## DEFENDANT RICE'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND TO VACATE, SET ASIDE, AND VOID CLERK'S ENTRY OF DEFAULT

I, Jane Rice, move this Court to vacate and set aside Clerk's entry of default against me.

1. On June 29, 2007, though the Plaintiff argues that I failed to tender an answer, in lieu of a responsive pleading a motion to reconsider this court's denial of my Amended Motion to Quash and for findings of fact and conclusions of law

United States of America v. Jane Joyce Rice et al.
Civil No. 07CV019-B
DEFENDANT RICE'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND TO VACATE, SET ASIDE, AND VOID CLERK'S ENTRY OF DEFAULT

1

or in the alternative, pursuant to 28 U.S.C. §1292(b), to certify for immediate appeal the issues encompassed by my Amended Motion to Quash and supporting memorandum was tendered to the court in lieu of an responsive pleading.

2. Plaintiff neither opposed nor responded to the motion and by such failure tacitly confessed to the merits of the motion, thereby admitting that I am entitled to the relief requested in the motion. To date, the court has not made a ruling on the motion.

3. Plaintiff is not entitled to the Clerk's entry of default.

WHEREFORE, I request the court to strike the motion for entry of default and to vacate, set aside and declare the Clerk's entry of default void.

This _12_ day of December 2007

Respectfully submitted,

_Jane Joyce Rice_
Jane Joyce Rice

United States of America v. Jane Joyce Rice et al.
Civil No. 07CV019-B
DEFENDANT RICE'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND TO VACATE, SET ASIDE, AND VOID CLERK'S ENTRY OF DEFAULT

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **DEFENDANT RICE'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND TO VACATE, SET ASIDE, AND VOID CLERK'S ENTRY OF DEFAULT** was deposited in the United States mail and addressed to the following this _12_ day of December, 2007.

Michael G. Pitman
Trial Attorney
U.S. Department of Justice
P.O Box 683
Ben Franklin Station
Washington D.C. 20044-0683

*Jane Joyce Rice*
Jane Joyce Rice