FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 2 8 2007

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

United States of America,

    Plaintiff,

           v.

Jane Joyce Rice; Water Garden, Inc.;
Perpetual Legacy Corp., Carte Blanche
Trust; & Newport Pacific Trust Co.,
Ltd.;

    Defendants.

Civil No. 07CV019-B

ORDER EXCUSING THE UNITED STATES ATTORNEY'S OFFICE
FROM APPEARING AT THE HEARING SCHEDULED FOR JANUARY 4, 2008

Upon motion of Assistant United States Attorney Nicholas Vassallo, and good cause appearing, and in accordance with U.S.D.C.L.R. 83.12.2(e), it is hereby

ORDERED that the United States Attorney's Office is excused from appearing at the hearing in this case on January 4, 2008. The United States will be represented at the hearing by Michael G. Pitman, Trial Attorney, Tax Division, U.S. Department of Justice.

Dated this 28th day of December, 2007.

United States District Judge