# CIVIL MINUTE SHEET
# MOTION HEARING

☐ Telephonic

**FILED**
**11:54 am, 1/4/08**
**Stephan Harris**
**Clerk of Court**

Date: 01/04/08

Time: 10:45-11:27-11:45-11:54am

Case No. 07-CV-19B

USA   VS   JANE JOYCE RICE ET AL

| Clarence A. Brimmer | Josie Saenz | Jan Davis | Lily Sharpe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): Michael Pitman

Attorney(s) for Defendant(s): Jane Joyce Rice Pro/Se

Witness(es) for Plaintiff(s):
Witness(es) for Defendant(s):

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 14 | quash service of process, dismiss | Denied |
| Defendant | 29 | reconsider | Denied |
| Defendant | 52 | vacate; set aside; default | Denied |
| | | | |
| | | | |
| | | | |

☐ Briefs to be filed on or before _____ by _____
_____ by _____

☑ Order to be prepared by   ☐ Court   ☑ Attorney _____
☐ Attorney _____   Admitted *pro hac vice*

Other proceedings