# EXHIBIT 2

JOHN R. GREEN
Interim United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming  82003

MICHAEL G. PITMAN (*Pro Hac Vice*)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone (202) 305-7938
Facsimile (202) 307-0054

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | Civil No. 2:07-cv-19-CAB |
| Jane Joyce Rice, *et al.*, | |
| Defendants. | |

## DECLARATION OF MAUREEN NEAL IN SUPPORT OF UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT JANE JOYCE RICE

I, Maureen Neal, pursuant to 28 U.S.C. § 1746, declare that:

1.     I am a duly commissioned Revenue Officer with the Internal

Revenue Service ("IRS"), employed in the Small Business/Self-Employed

Division.  My post of duty is in Salt Lake City, Utah.

2.      In my capacity as a Revenue Officer, I am responsible for

monitoring and assisting the U.S. Department of Justice, Tax Division, in the

above-captioned matter.  I have access to the IRS's files concerning the federal tax

liabilities of Defendant Jane Joyce Rice, and have reviewed such files in making

the representations below.  I submit this Declaration in support of the United

States' Motion for Default Judgment and to place certain evidence before the

Court.

3.      I have reviewed the IRS files regarding the examinations of

Defendant Jane Joyce Rice's federal income tax liabilities for tax years 1995 and

1996.  The purpose of these examinations was to determine Defendant Jane Joyce

Rice's correct tax liabilities for the tax years at issue.

4.      Notices of such assessments and demands for payment of the

assessed amounts were timely and properly made, but Defendant Jane Joyce Rice

neglected, failed, and/or refused to fully pay the assessed amounts.

5.      True and correct copies of the Certificates of Assessments,

Payments, and Other Specified Matters (Form 4340) for the tax periods at issue

are attached as Exhibits A & B.

6.     At the request of a Department of Justice attorney, I have researched and computed the following balances of tax liabilities, including penalties and interest, of Defendant Jane Joyce Rice for the tax years at issue.  The total outstanding balance of tax liabilities owed by Defendant Jane Joyce Rice for those years, calculated as of March 1, 2008, including credits and statutory accruals, was $1,193,725.58.  The following chart includes a breakdown of the tax, penalties and interest for each tax period, calculated as of March 1, 2008:

| Tax Year | Assessment Date | Tax Assessed | Penalties & Fees | Accrued Interest | (Credits) | Total |
|---|---|---|---|---|---|---|
| 1995 | 4/30/01 | $127,391.00 | $67,049.98 | $209,974.42 | ($35,791.79) | $368,623.61 |
| 1996 | 4/23/01 | $266,024.00 | $140,565.63 | $419,699.74 | ($1,187.40) | $825,101.97 |

$1,193,725.58

7.     True and correct copies of IRS Forms INTSTD reflecting the outstanding income tax liabilities of Defendant Jane Joyce Rice in the amount of $1,193,725.58, as of March 1, 2008, are attached as Exhibits C & D.  This amount continues to accrue interest and penalties as provided by law, until paid in full.

8.     Maureen Neal is not my real name.  It is a pseudonym I use in my official capacity as an employee of the Internal Revenue Service.  This pseudonym-used for privacy and safety reasons-has been registered with the IRS, in accordance with IRS procedures (Internal Revenue Manual 1.2.4), and all

IRS procedures governing the use of pseudonyms have been followed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this __11__ day of __march__, 2008.

Maureen Neal
Maureen Neal
IRS Revenue Officer

- 4 -

# EXHIBIT A



# United States    of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Jan. 28, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Jane J. Rice, SSN: █████████, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1995, consisting of nine pages ⸺

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Christine Stromberg
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                    Form **2866** (Rev. 09-1997)

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
JANE J RICE                              EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995

                                         ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT      DATE (23C,
                                          (REVERSAL)     (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  788,107.00

            TAXABLE INCOME
                  371,856.00

06-23-2000  SUBSTITUTE FOR RETURN                0.00                  07-31-2000
            29210-183-25025-0

04-16-1995  ESTIMATED TAX DECLARATION                       480.00

08-04-1995  ESTIMATED TAX DECLARATION                       480.00

09-19-1995  ESTIMATED TAX DECLARATION                       480.00

09-20-1995  CORRECTION OF ESTIMATED                        (461.00)
            TAX PAYMENT
            1120       199512
            83-0291603

09-20-1995  ESTIMATED TAX/FEDERAL                           461.00
            TAX DEPOSIT

            LATE FILING PENALTY          30,267.50                    04-30-2001
            20011608

04-15-1996  WITHHOLDING CREDIT                            4,881.00

            ADDITIONAL TAX ASSESSED     290,682.00                    04-30-2001
            BY EXAMINATION
            AUDIT DEFICIENCY, 90 DAY
            LETTER UNDELIVERABLE
            29247-496-00006-1  20011608

04-30-2001  RENUMBERED RETURN
            29247-496-00006-1

            INTEREST ASSESSED           189,925.46                    04-30-2001
            20011608

FORM 4340  (REV. 01-2002)                PAGE    1
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JANE J RICE                              EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995


                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                    (REVERSAL)     (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

09-26-2001 RECEIVED POA/TIA

08-26-2002 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

09-09-2002 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

09-09-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

09-19-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

11-18-2002 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

01-03-2003 FEDERAL TAX LIEN

02-21-2003 FEDERAL TAX LIEN

05-07-2003 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                   PAGE    2
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JANE J RICE                         EIN/SSN: ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 06-02-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-09-2003 | SUBSEQUENT PAYMENT LEVY | | 109.00 | |
| 06-07-2004 | SUBSEQUENT PAYMENT LEVY | | 703.00 | |
| 07-06-2004 | SUBSEQUENT PAYMENT LEVY | | 703.00 | |
| 08-06-2004 | SUBSEQUENT PAYMENT LEVY | | 703.00 | |
| 09-07-2004 | SUBSEQUENT PAYMENT LEVY | | 703.00 | |
| 10-04-2004 | SUBSEQUENT PAYMENT LEVY | | 703.00 | |
| 11-05-2004 | SUBSEQUENT PAYMENT LEVY | | 703.00 | |
| 12-06-2004 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 703.00 | |

```
FORM 4340  (REV. 01-2002)                PAGE    3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

JANE J RICE                          EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 01-06-2005 | SUBSEQUENT PAYMENT LEVY |  | 713.00 |  |
| 02-07-2005 | SUBSEQUENT PAYMENT LEVY |  | 713.00 |  |
| 03-07-2005 | SUBSEQUENT PAYMENT LEVY |  | 713.00 |  |
| 04-04-2005 | SUBSEQUENT PAYMENT LEVY |  | 713.00 |  |
| 05-06-2005 | SUBSEQUENT PAYMENT LEVY |  | 713.00 |  |
| 06-07-2005 | SUBSEQUENT PAYMENT LEVY |  | 713.00 |  |
| 07-06-2005 | SUBSEQUENT PAYMENT LEVY |  | 713.00 |  |
| 08-08-2005 | SUBSEQUENT PAYMENT LEVY |  | 713.00 |  |
| 09-07-2005 | SUBSEQUENT PAYMENT LEVY |  | 713.00 |  |
| 04-30-2001 | LATE FILING PENALTY ABATED | 40,822.75- |  |  |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

JANE J RICE                        EIN/SSN: ██████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | LATE FILING PENALTY 20011608 | 40,822.75 | | 04-30-2001 |
| | ADDITIONAL TAX ASSESSED 28254-672-05547-5  20054008 | 0.00 | | 10-17-2005 |
| | FAILURE TO PAY TAX PENALTY 20054108 | 71,090.24 | | 10-24-2005 |
| 10-31-2005 | PRIOR TAX ABATED 28254-684-09146-5 | 163,291.00- | | |
| 10-31-2005 | FAILURE TO PAY TAX PENALTY ABATED | 40,822.74- | | |
| 10-31-2005 | INTEREST ABATED | 41,907.36- | | |
| 10-07-2005 | SUBSEQUENT PAYMENT LEVY | | 113.25 | |
| 03-07-2006 | SUBSEQUENT PAYMENT LEVY | | 627.54 | |
| 03-24-2006 | SUBSEQUENT PAYMENT LEVY | | 735.00 | |

FORM 4340  (REV. 01-2002)              PAGE     5

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

JANE J RICE                         EIN/SSN: ██████████ ¿


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-25-2006 | SUBSEQUENT PAYMENT LEVY | | 735.00 | |
| 05-24-2006 | SUBSEQUENT PAYMENT LEVY | | 735.00 | |
| 08-21-2006 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-10-2006 | LEGAL SUIT PENDING | | | |
| 08-03-2006 | SUBSEQUENT PAYMENT LEVY | | 735.00 | |
| 09-03-2006 | SUBSEQUENT PAYMENT LEVY | | 735.00 | |
| 10-03-2006 | SUBSEQUENT PAYMENT LEVY | | 735.00 | |
| 11-03-2006 | SUBSEQUENT PAYMENT LEVY | | 735.00 | |
| 12-03-2006 | SUBSEQUENT PAYMENT LEVY | | 735.00 | |
| 01-03-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |

```
FORM 4340  (REV. 01-2002)              PAGE    6
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

JANE J RICE                          EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 01-25-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |
| 02-21-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |
| 03-26-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |
| 04-25-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |
| 05-23-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |
| 06-25-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |
| 07-26-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |
| 08-17-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |
| 09-25-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |
| 10-22-2007 | SUBSEQUENT PAYMENT LEVY | | 757.00 | |

FORM 4340  (REV. 01-2002)                    PAGE    7

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

JANE J RICE                              EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995


                                    ASSESSMENT,     PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                    (REVERSAL)    (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------

11-16-2007 SUBSEQUENT PAYMENT                        757.00
           LEVY

12-21-2007 SUBSEQUENT PAYMENT                        773.00
           LEVY

01-24-2008 SUBSEQUENT PAYMENT                        773.00
           LEVY

03-31-1997 Taxpayer Deliquency Notice

04-30-2001 Statutory Notice of Balance Due

06-04-2001 Notice of Balance Due

07-09-2001 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE    8
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JANE J RICE                              EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995
-------------------------------------------------------------------------------

BALANCE        307,440.29

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:   Christine Stromberg

TITLE:    Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:    SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 01/28/2008

FORM 4340  (REV. 01-2002)              PAGE    9
```

# EXHIBIT  B



# United States    of America

**Department of the Treasury
Internal Revenue Service**

Date:    Jan. 28, 2008

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Jane J. Rice, SSN: ▮▮▮▮▮▮▮, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1996, consisting of five pages ——————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Christine Stromberg*

Christine Stromberg
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                      Form **2866** (Rev. 09-1997)

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

JANE J RICE                          EIN/SSN: ▮▮▮▮▮▮▮▮


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 6,367,545.00 | | | |
| | TAXABLE INCOME 958,586.00 | | | |
| 06-23-2000 | SUBSTITUTE FOR RETURN 29210-183-25026-0 | | 0.00 | 07-31-2000 |
| | LATE FILING PENALTY 20011508 | 59,855.40 | | 04-23-2001 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY, 90 DAY LETTER UNDELIVERABLE 29247-489-00008-1  20011508 | 2,499,539.00 | | 04-23-2001 |
| 04-23-2001 | RENUMBERED RETURN 29247-489-00008-1 | | | |
| | INTEREST ASSESSED 20011508 | 1,234,836.58 | | 04-23-2001 |
| | FAILURE TO PAY TAX PENALTY 20011508 | 612,387.05 | | 04-23-2001 |
| 09-26-2001 | RECEIVED POA/TIA | | | |
| 08-19-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-09-2002 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |

FORM 4340  (REV. 01-2002)            PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

JANE J RICE                          EIN/SSN: ███████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 09-09-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 09-19-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-18-2002 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 01-03-2003 | FEDERAL TAX LIEN | | | |
| 02-03-2003 | FEES AND COLLECTION COSTS | 15.00 | | |
| 03-10-2003 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 02-21-2003 | FEDERAL TAX LIEN | | | |
| 03-17-2003 | FEES AND COLLECTION COSTS | 30.00 | | |
| 02-26-2003 | SUBSEQUENT PAYMENT | | 113.10 | |

FORM 4340  (REV. 01-2002)           PAGE    2

CERTIFJ          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------- ----------------------------------------------------------------------------

RICE   JANE J RICE                          EIN/SSN: ██████████

 TAX: L TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
 040   FORM: 1040       TAX PERIOD: DEC  1996

| EXF | DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSME DATE (2: RAC 00e |
|---|---|---|---|---|---|
| :005 PR] 28: | 03-26-2003 | SUBSEQUENT PAYMENT | | 113.10 | |
| | 04-23-2003 | SUBSEQUENT PAYMENT | | 113.10 | |
| :005 IN | 05-07-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| :006 SUI LE\ | | | | | |
| :006 RE\ BL( PA\ | 06-02-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| :006 LE( | 05-28-2003 | SUBSEQUENT PAYMENT | | 113.10 | |
| 1998 Ta: | 10-17-2005 | FAILURE TO PAY TAX PENALTY ABATED | 545,881.05- | | |
| 1998 Ta: | 04-23-2001 | LATE FILING PENALTY ABATED | 502,540.88- | | |
| 2001 St: | | | | | |
| 2001 No1 | | LATE FILING PENALTY 20011508 | 502,540.88 | | 04-23-: |
| 2001 St: | | | | | |
| | | ADDITIONAL TAX ASSESSED 28254-672-05548-5  20054008 | | 0.00 | 10-17-: |
| 40  (R! | | | | | |

          FORM 4340  (REV. 01-2002)            PAGE   3

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
JANE J RICE                              EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996
-----------------------------------------------------------------------------

BALANCE        690,262.82

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:   Christine Stromberg

TITLE:    Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:    SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 01/28/2008
FORM 4340  (REV. 01-2002)                    PAGE    5
```

# EXHIBIT C

```
Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:08 AM

INTSTD████████████                    **   PREVIOUS LOGON: 20080311 @ 07:17
30 199512 03012008 RICE
              30,267.50   ASSESSED FTP
             148,018.10   ASSESSED INT
             128,381.69   TAX & PENALTY
             306,667.29   ASSESSED TOTAL
                   .00    ACCRUED FTP
              61,956.32   ACCRUED INT
              61,956.32   TOTAL ACCRUALS
              30,267.50   TOTAL FTP
             209,974.42   TOTAL INT
             368,623.61   BALANCE DUE




Employee #2635321320 Page 001 of 011   PAGE   002
```

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:10 AM

INTSTD███████████    30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8% | .00 | 19960331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19960415 | 00000000 | .00 | 000000000 | .00 |
| 1601 | 30,267.50 | 19960415 | 00000000 | 30,267.50 | 000000000 | .00 |
| 3000 | 290,682.00 | 19960415 | 00000000 | 320,949.50 | 000000000 | .00 |
| 2910 | 163,291.00- | 19960415 | 00000000 | 157,658.50 | 000000000 | .00 |
| 6600 | 480.00- | 19960415 | 00000000 | 157,178.50 | 000000000 | .00 |
| 6600 | 480.00- | 19960415 | 00000000 | 156,698.50 | 000000000 | .00 |
| 6600 | 480.00- | 19960415 | 00000000 | 156,218.50 | 000000000 | .00 |
| 6601 | 461.00- | 19960415 | 00000000 | 155,757.50 | 000000000 | .00 |
| 6620 | 461.00 | 19960415 | 00000000 | 156,218.50 | 000000000 | .00 |
| 8060 | 4,881.00- | 19960415 | 19960630 | 151,337.50 | 016748923 | 2,534.74 |
| 9% | .00 | 19960630 | 19960930 | 153,872.24 | 022877946 | 3,520.28 |
| 9% | .00 | 19960930 | 19961231 | 157,392.52 | 022877946 | 3,600.82 |
| 9% | .00 | 19961231 | 19970331 | 160,993.34 | 022437053 | 3,612.22 |
| 9% | .00 | 19970331 | 19970630 | 164,605.56 | 022689161 | 3,734.76 |
| 9% | .00 | 19970630 | 19970930 | 168,340.32 | 022941331 | 3,861.95 |
| 9% | .00 | 19970930 | 19971231 | 172,202.27 | 022941331 | 3,950.55 |
| 9% | .00 | 19971231 | 19980331 | 176,152.82 | 022437053 | 3,952.35 |
| 8% | .00 | 19980331 | 19980630 | 180,105.17 | 020143211 | 3,627.90 |

Employee #2635321320 Page 002 of 011   PAGE   003

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:11 AM

INTSTD███████     30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8% | .00 | 19980630 | 19980930 | 183,733.07 | 020366804 | 3,742.06 |
| 8% | .00 | 19980930 | 19981231 | 187,475.13 | 020366804 | 3,818.27 |
| 7% | .00 | 19981231 | 19990331 | 191,293.40 | 017408410 | 3,330.11 |
| 8% | .00 | 19990331 | 19990630 | 194,623.51 | 020143211 | 3,920.34 |
| 8% | .00 | 19990630 | 19990930 | 198,543.85 | 020366804 | 4,043.70 |
| 8% | .00 | 19990930 | 19991231 | 202,587.55 | 020366804 | 4,126.06 |
| 8% | .00 | 19991231 | 20000331 | 206,713.61 | 020087632 | 4,152.39 |
| 9% | .00 | 20000331 | 20000630 | 210,866.00 | 022626480 | 4,771.16 |
| 9% | .00 | 20000630 | 20000930 | 215,637.16 | 022877946 | 4,933.34 |
| 9% | .00 | 20000930 | 20001231 | 220,570.50 | 022877946 | 5,046.20 |
| 9% | .00 | 20001231 | 20010331 | 225,616.70 | 022437053 | 5,062.17 |
| 8% | .00 | 20010331 | 20010430 | 230,678.87 | 006596282 | 1,521.62 |
| 1610 | .00 | 20010430 | 00000000 | 232,200.49 | 000000000 | .00 |
| 1700 | 6,514.98 | 20010430 | 20010630 | 238,715.47 | 013458155 | 3,212.67 |
| 7% | .00 | 20010630 | 20010930 | 241,928.14 | 017798686 | 4,306.00 |
| 7% | .00 | 20010930 | 20011231 | 246,234.14 | 017798686 | 4,382.64 |
| 6% | .00 | 20011231 | 20020331 | 250,616.78 | 014903267 | 3,735.01 |
| 6% | .00 | 20020331 | 20020630 | 254,351.79 | 015070101 | 3,833.11 |
| 6% | .00 | 20020630 | 20020930 | 258,184.90 | 015236961 | 3,933.95 |

Employee #2635321320 Page 003 of 011   PAGE   004

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:12 AM

INTSTD▮▮▮▮▮▮▮▮   30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 6% | .00 | 20020930 | 20021231 | 262,118.85 | 015236961 | 3,993.89 |
| 5% | .00 | 20021231 | 20030331 | 266,112.74 | 012404225 | 3,300.92 |
| 5% | .00 | 20030331 | 20030630 | 269,413.66 | 012542910 | 3,379.23 |
| 5% | .00 | 20030630 | 20030930 | 272,792.89 | 012681615 | 3,459.45 |
| 4% | .00 | 20030930 | 20031009 | 276,252.34 | 000986734 | 272.59 |
| 6700 | 109.00- | 20031009 | 20031231 | 276,415.93 | 009136881 | 2,525.58 |
| 4% | .00 | 20031231 | 20040331 | 278,941.51 | 009994426 | 2,787.86 |
| 5% | .00 | 20040331 | 20040607 | 281,729.37 | 009332260 | 2,629.17 |
| 6700 | 703.00- | 20040607 | 20040630 | 283,655.54 | 003146803 | 892.61 |
| 4% | .00 | 20040630 | 20040706 | 284,548.15 | 000655917 | 186.64 |
| 6700 | 703.00- | 20040706 | 20040806 | 284,031.79 | 003393538 | 963.87 |
| 6700 | 703.00- | 20040806 | 20040907 | 284,292.66 | 003503199 | 995.93 |
| 6700 | 703.00- | 20040907 | 20040930 | 284,585.59 | 002516685 | 716.21 |
| 5% | .00 | 20040930 | 20041004 | 285,301.80 | 000546560 | 155.93 |
| 6700 | 703.00- | 20041004 | 20041105 | 284,754.73 | 004380854 | 1,247.47 |
| 6700 | 703.00- | 20041105 | 20041206 | 285,299.20 | 004243662 | 1,210.71 |
| 6700 | 703.00- | 20041206 | 20041231 | 285,806.91 | 003420905 | 977.72 |
| 5% | .00 | 20041231 | 20050106 | 286,784.63 | 000822199 | 235.79 |
| 6700 | 713.00- | 20050106 | 20050207 | 286,307.42 | 004392882 | 1,257.71 |

Employee #2635321320 Page 004 of 011   PAGE   005

```
Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:13 AM

INTSTD           30 199512

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT       DATE      TO-DT  INT-PRINCIPAL       FACTOR     INTEREST-AMT
6700          713.00-  20050207  20050307     286,852.13   003842718        1,102.29
6700          713.00-  20050307  20050331     287,241.42   003292856          945.84
6%               .00   20050331  20050404     288,187.26   000657696          189.54
6700          713.00-  20050404  20050506     287,663.80   005273699        1,517.05
6700          713.00-  20050506  20050607     288,467.85   005273699        1,521.29
6700          713.00-  20050607  20050630     289,276.14   003787666        1,095.68
6%               .00   20050630  20050706     290,371.82   000986707          286.51
6700          713.00-  20050706  20050808     289,945.33   005438949        1,577.00
6700          713.00-  20050808  20050907     290,809.33   004943279        1,437.55
6700          713.00-  20050907  20050930     291,533.88   003787666        1,104.23
7%               .00   20050930  20051007     292,638.11   001343238          393.08
6700          113.25-  20051007  20051024     292,917.94   003265281          956.46
2760       30,267.50   20051024  20051231     324,141.90   013125235        4,254.44
7%               .00   20051231  20060307     328,396.34   012736751        4,182.70
6700          627.54-  20060307  20060324     331,951.50   003265281        1,083.91
6700          735.00-  20060324  20060331     332,300.41   001343238          446.36
7%               .00   20060331  20060425     332,746.77   004805571        1,599.04
6700          735.00-  20060425  20060524     333,610.81   005576602        1,860.41
6700          735.00-  20060524  20060630     334,736.22   007120441        2,383.47
Employee #2635321320 Page 005 of 011  PAGE  006
```

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:14 AM

INTSTD█████████ 30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 20060630 | 20060803 | 337,119.69 | 007479068 | 2,521.34 |
| 6700 | 735.00- | 20060803 | 20060903 | 338,906.03 | 006816906 | 2,310.29 |
| 6700 | 735.00- | 20060903 | 20060930 | 340,481.32 | 005934701 | 2,020.65 |
| 8% | .00 | 20060930 | 20061003 | 342,501.97 | 000657678 | 225.26 |
| 6700 | 735.00- | 20061003 | 20061103 | 341,992.23 | 006816906 | 2,331.33 |
| 6700 | 735.00- | 20061103 | 20061203 | 343,588.56 | 006596282 | 2,266.41 |
| 6700 | 735.00- | 20061203 | 20061231 | 345,119.97 | 006155180 | 2,124.28 |
| 8% | .00 | 20061231 | 20070103 | 347,244.25 | 000657678 | 228.37 |
| 6700 | 757.00- | 20070103 | 20070125 | 346,715.62 | 004833031 | 1,675.69 |
| 6700 | 757.00- | 20070125 | 20070221 | 347,634.31 | 005934701 | 2,063.11 |
| 6700 | 757.00- | 20070221 | 20070326 | 348,940.42 | 007258299 | 2,532.71 |
| 6700 | 757.00- | 20070326 | 20070331 | 350,716.13 | 001096371 | 384.51 |
| 8% | .00 | 20070331 | 20070425 | 351,100.64 | 005493888 | 1,928.91 |
| 6700 | 757.00- | 20070425 | 20070523 | 352,272.55 | 006155180 | 2,168.30 |
| 6700 | 757.00- | 20070523 | 20070625 | 353,683.85 | 007258299 | 2,567.14 |
| 6700 | 757.00- | 20070625 | 20070630 | 355,493.99 | 001096371 | 389.75 |
| 8% | .00 | 20070630 | 20070726 | 355,883.74 | 005714270 | 2,033.62 |
| 6700 | 757.00- | 20070726 | 20070817 | 357,160.36 | 004833031 | 1,726.17 |
| 6700 | 757.00- | 20070817 | 20070925 | 358,129.53 | 008583639 | 3,074.05 |

Employee #2635321320 Page 006 of 011  PAGE  007

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:14 AM

INTSTD█████████     30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 6700 | 757.00-   | 20070925 | 20070930 | 360,446.58 | 001096371 | 395.18 |
| 8%   | .00       | 20070930 | 20071022 | 360,841.76 | 004833031 | 1,743.96 |
| 6700 | 757.00-   | 20071022 | 20071116 | 361,828.72 | 005493888 | 1,987.85 |
| 6700 | 757.00-   | 20071116 | 20071221 | 363,059.57 | 007699885 | 2,795.52 |
| 6700 | 773.00-   | 20071221 | 20071231 | 365,082.09 | 002193944 | 800.97 |
| 7%   | .00       | 20071231 | 20080124 | 365,883.06 | 004600274 | 1,683.16 |
| 6700 | 773.00-   | 20080124 | 20080222 | 366,793.22 | 005561325 | 2,039.86 |
| 6700 | 773.00-   | 20080222 | 20080301 | 368,060.08 | 001531079 | 563.53 |

Employee #2635321320 Page 007 of 011  PAGE   008

```
Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:15 AM

INTSTD▮▮▮▮▮▮▮▮▮      30 199512
START DATE 19960415

FTP COMPUTATION TABLE
CODE   DATE         TRANS-AMT     TO-DT       FTP-PRINCIPAL MO  PCT      PNLTY-AMT
8060  19500101      4,881.00-                    4,881.00-                     .00
6600  19950416        480.00-                    5,361.00-                     .00
6600  19950804        480.00-                    5,841.00-                     .00
6600  19950919        480.00-                    6,321.00-                     .00
6601  19950920        461.00-                    6,782.00-                     .00
6620  19950920        461.00                     6,321.00-                     .00
1500  19960415           .00                     6,321.00-                     .00
DFTF  19960915           .00                     6,321.00-                     .00
3360  20010511     189,925.46                    6,321.00-                     .00
300N  20010521     127,391.00                  121,070.00                     .00
1601  20010522      30,267.50                  121,070.00                     .00
1700  20010522       6,514.98                  121,070.00                     .00
1701  20010522       8,853.95   20010721       121,070.00 02  1.00     1,210.70
8888  20010719           .00                  121,070.00                     .00
8888  20020919           .00    20030721       121,070.00 24 24.00    29,056.80
6700  20031009        109.00-   20030721       120,961.00 00   .00           .00
6700  20040607        703.00-   20030721       120,258.00 00   .00           .00
6700  20040706        703.00-   20030721       119,555.00 00   .00           .00
Employee #2635321320 Page 008 of 011  PAGE   009
```

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:16 AM

INTSTD█████████   30 199512
START DATE 19960415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|----|-----------|
| 6700 | 20040806 | 703.00- | 20030721 | 118,852.00 | 00 | .00 | .00 |
| 6700 | 20040907 | 703.00- | 20030721 | 118,149.00 | 00 | .00 | .00 |
| 6700 | 20041004 | 703.00- | 20030721 | 117,446.00 | 00 | .00 | .00 |
| 6700 | 20041105 | 703.00- | 20030721 | 116,743.00 | 00 | .00 | .00 |
| 6700 | 20041206 | 703.00- | 20030721 | 116,040.00 | 00 | .00 | .00 |
| 6700 | 20050106 | 713.00- | 20030721 | 115,327.00 | 00 | .00 | .00 |
| 6700 | 20050207 | 713.00- | 20030721 | 114,614.00 | 00 | .00 | .00 |
| 6700 | 20050307 | 713.00- | 20030721 | 113,901.00 | 00 | .00 | .00 |
| 6700 | 20050404 | 713.00- | 20030721 | 113,188.00 | 00 | .00 | .00 |
| 6700 | 20050506 | 713.00- | 20030721 | 112,475.00 | 00 | .00 | .00 |
| 6700 | 20050607 | 713.00- | 20030721 | 111,762.00 | 00 | .00 | .00 |
| 6700 | 20050706 | 713.00- | 20030721 | 111,049.00 | 00 | .00 | .00 |
| 6700 | 20050808 | 713.00- | 20030721 | 110,336.00 | 00 | .00 | .00 |
| 6700 | 20050907 | 713.00- | 20030721 | 109,623.00 | 00 | .00 | .00 |
| 6700 | 20051007 | 113.25- | | 109,509.75 | | | .00 |
| 1710 | 20051028 | .00 | | 109,509.75 | | | .00 |
| 1970 | 20051031 | 41,907.36- | | 109,509.75 | | | .00 |
| 2760 | 20051104 | 71,090.24 | | 109,509.75 | | | .00 |

Employee #2635321320 Page 009 of 011  PAGE   010

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:17 AM

INTSTD█████████████ 30 199512
START DATE 19960415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|----|-----------|
| 2770 | 20051111 | 40,822.74- | 20030721 | 109,509.75 | 00 | .00 | .00 |
| 6700 | 20060307 | 627.54- | 20030721 | 108,882.21 | 00 | .00 | .00 |
| 6700 | 20060324 | 735.00- | 20030721 | 108,147.21 | 00 | .00 | .00 |
| 6700 | 20060425 | 735.00- | 20030721 | 107,412.21 | 00 | .00 | .00 |
| 6700 | 20060524 | 735.00- | 20030721 | 106,677.21 | 00 | .00 | .00 |
| 6700 | 20060803 | 735.00- | 20030721 | 105,942.21 | 00 | .00 | .00 |
| 6700 | 20060903 | 735.00- | 20030721 | 105,207.21 | 00 | .00 | .00 |
| 6700 | 20061003 | 735.00- | 20030721 | 104,472.21 | 00 | .00 | .00 |
| 6700 | 20061103 | 735.00- | 20030721 | 103,737.21 | 00 | .00 | .00 |
| 6700 | 20061203 | 735.00- | 20030721 | 103,002.21 | 00 | .00 | .00 |
| 6700 | 20070103 | 757.00- | 20030721 | 102,245.21 | 00 | .00 | .00 |
| 6700 | 20070125 | 757.00- | 20030721 | 101,488.21 | 00 | .00 | .00 |
| 6700 | 20070221 | 757.00- | 20030721 | 100,731.21 | 00 | .00 | .00 |
| 6700 | 20070326 | 757.00- | 20030721 | 99,974.21 | 00 | .00 | .00 |
| 6700 | 20070425 | 757.00- | 20030721 | 99,217.21 | 00 | .00 | .00 |
| 6700 | 20070523 | 757.00- | 20030721 | 98,460.21 | 00 | .00 | .00 |
| 6700 | 20070625 | 757.00- | 20030721 | 97,703.21 | 00 | .00 | .00 |
| 6700 | 20070726 | 757.00- | 20030721 | 96,946.21 | 00 | .00 | .00 |

Employee #2635321320 Page 010 of 011  PAGE  011

```
Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:18 AM

INTSTD            30 199512
START DATE 19960415

FTP COMPUTATION TABLE
CODE    DATE         TRANS-AMT    TO-DT         FTP-PRINCIPAL MO   PCT      PNLTY-AMT
6700 20070817         757.00- 20030721              96,189.21 00   .00          .00
6700 20070925         757.00- 20030721              95,432.21 00   .00          .00
6700 20071022         757.00- 20030721              94,675.21 00   .00          .00
6700 20071116         757.00- 20030721              93,918.21 00   .00          .00
6700 20071221         773.00- 20030721              93,145.21 00   .00          .00
6700 20080124         773.00- 20030721              92,372.21 00   .00          .00
6700 20080222         773.00- 20030721              91,599.21 00   .00          .00
```

Employee #2635321320 Page 011 of 011   PAGE   001

# EXHIBIT  D

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:26 AM

INTSTD█████████████                    **   PREVIOUS LOGON: 20080311 @ 07:17
30 199612 03012008 RICE
            66,506.00   ASSESSED FTP
           284,860.59   ASSESSED INT
           338,896.23   TAX & PENALTY
           690,262.82   ASSESSED TOTAL
                  .00   ACCRUED FTP
           134,839.15   ACCRUED INT
           134,839.15   TOTAL ACCRUALS
            66,506.00   TOTAL FTP
           419,699.74   TOTAL INT
           825,101.97   BALANCE DUE




COMPUTATION HOLD ON FTP
Employee #2635321320 Page 001 of 006  PAGE  002

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:27 AM

INTST█████████    30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9%   | .00 | 19970331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19970415 | 00000000 | .00 | 000000000 | .00 |
| 1601 | 59,855.40 | 19970415 | 00000000 | 59,855.40 | 000000000 | .00 |
| 3000 | 2,499,539.00 | 19970415 | 00000000 | 2,559,394.40 | 000000000 | .00 |
| 2910 | 2,233,515.00- | 19970415 | 19970630 | 325,879.40 | 018914063 | 6,163.70 |
| 9%   | .00 | 19970630 | 19970930 | 332,043.10 | 022941331 | 7,617.51 |
| 9%   | .00 | 19970930 | 19971231 | 339,660.61 | 022941331 | 7,792.27 |
| 9%   | .00 | 19971231 | 19980331 | 347,452.88 | 022437053 | 7,795.82 |
| 8%   | .00 | 19980331 | 19980630 | 355,248.70 | 020143211 | 7,155.85 |
| 8%   | .00 | 19980630 | 19980930 | 362,404.55 | 020366804 | 7,381.02 |
| 8%   | .00 | 19980930 | 19981231 | 369,785.57 | 020366804 | 7,531.35 |
| 7%   | .00 | 19981231 | 19990331 | 377,316.92 | 017408410 | 6,568.49 |
| 8%   | .00 | 19990331 | 19990630 | 383,885.41 | 020143211 | 7,732.68 |
| 8%   | .00 | 19990630 | 19990930 | 391,618.09 | 020366804 | 7,976.01 |
| 8%   | .00 | 19990930 | 19991231 | 399,594.10 | 020366804 | 8,138.45 |
| 8%   | .00 | 19991231 | 20000331 | 407,732.55 | 020087632 | 8,190.38 |
| 9%   | .00 | 20000331 | 20000630 | 415,922.93 | 022626480 | 9,410.87 |
| 9%   | .00 | 20000630 | 20000930 | 425,333.80 | 022877946 | 9,730.76 |
| 9%   | .00 | 20000930 | 20001231 | 435,064.56 | 022877946 | 9,953.38 |

Employee #2635321320 Page 002 of 006   PAGE    003

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:28 AM

INTSTD███████████    30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 20001231 | 20010331 | 445,017.94 | 022437053 | 9,984.89 |
| 8% | .00 | 20010331 | 20010423 | 455,002.83 | 005053268 | 2,299.25 |
| 1610 | .00 | 20010423 | 00000000 | 457,302.08 | 000000000 | .00 |
| 1700 | 14,159.23 | 20010423 | 00000000 | 471,461.31 | 000000000 | .00 |
| 2760 | 66,506.00 | 20010423 | 20010630 | 537,967.31 | 015014072 | 8,077.08 |
| 7% | .00 | 20010630 | 20010930 | 546,044.39 | 017798686 | 9,718.87 |
| 7% | .00 | 20010930 | 20011231 | 555,763.26 | 017798686 | 9,891.86 |
| 6% | .00 | 20011231 | 20020331 | 565,655.12 | 014903267 | 8,430.11 |
| 6% | .00 | 20020331 | 20020630 | 574,085.23 | 015070101 | 8,651.52 |
| 6% | .00 | 20020630 | 20020930 | 582,736.75 | 015236961 | 8,879.14 |
| 6% | .00 | 20020930 | 20021231 | 591,615.89 | 015236961 | 9,014.43 |
| 5% | .00 | 20021231 | 20030203 | 600,630.32 | 004668077 | 2,803.79 |
| 3600 | 15.00 | 20030203 | 20030226 | 603,449.11 | 003155437 | 1,904.15 |
| 6700 | 113.10- | 20030226 | 20030317 | 605,240.16 | 002605951 | 1,577.23 |
| 3600 | 30.00 | 20030317 | 20030326 | 606,847.39 | 001233552 | 748.58 |
| 6700 | 113.10- | 20030326 | 20030331 | 607,482.87 | 000685119 | 416.20 |
| 5% | .00 | 20030331 | 20030423 | 607,899.07 | 003155437 | 1,918.19 |
| 6700 | 113.10- | 20030423 | 20030528 | 609,704.16 | 004805703 | 2,930.06 |
| 6700 | 113.10- | 20030528 | 20030630 | 612,521.12 | 004530470 | 2,775.01 |

Employee #2635321320 Page 003 of 006   PAGE  004

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:29 AM

INTSTD████████     30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 5% | .00 | 20030630 | 20030930 | 615,296.13 | 012681615 | 7,802.95 |
| 4% | .00 | 20030930 | 20031231 | 623,099.08 | 010132630 | 6,313.63 |
| 4% | .00 | 20031231 | 20040331 | 629,412.71 | 009994426 | 6,290.62 |
| 5% | .00 | 20040331 | 20040630 | 635,703.33 | 012508429 | 7,951.65 |
| 4% | .00 | 20040630 | 20040930 | 643,654.98 | 010104808 | 6,504.01 |
| 5% | .00 | 20040930 | 20041231 | 650,158.99 | 012646750 | 8,222.40 |
| 5% | .00 | 20041231 | 20050331 | 658,381.39 | 012404225 | 8,166.71 |
| 6% | .00 | 20050331 | 20050630 | 666,548.10 | 015070101 | 10,044.95 |
| 6% | .00 | 20050630 | 20050930 | 676,593.05 | 015236961 | 10,309.22 |
| 7% | .00 | 20050930 | 20051231 | 686,902.27 | 017798686 | 12,225.96 |
| 7% | .00 | 20051231 | 20060331 | 699,128.23 | 017408410 | 12,170.71 |
| 7% | .00 | 20060331 | 20060623 | 711,298.94 | 016238478 | 11,550.41 |
| 6700 | 735.00- | 20060623 | 20060630 | 722,114.35 | 001343238 | 969.97 |
| 8% | .00 | 20060630 | 20060930 | 723,084.32 | 020366804 | 14,726.92 |
| 8% | .00 | 20060930 | 20061231 | 737,811.24 | 020366804 | 15,026.86 |
| 8% | .00 | 20061231 | 20070331 | 752,838.10 | 019919667 | 14,996.28 |
| 8% | .00 | 20070331 | 20070630 | 767,834.38 | 020143211 | 15,466.65 |
| 8% | .00 | 20070630 | 20070930 | 783,301.03 | 020366804 | 15,953.34 |
| 8% | .00 | 20070930 | 20071231 | 799,254.37 | 020366804 | 16,278.26 |

Employee #2635321320 Page 004 of 006   PAGE   005

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:30 AM

INTSTD ▆▆▆▆▆▆▆    30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 7%   | .00       | 20071231 | 20080301 | 815,532.63 | 011733859 | 9,569.34 |

Employee #2635321320 Page 005 of 006  PAGE  006

TOTAL P.18

Station Name: SLC017MA2620225 Date: 3/11/2008 Time: 11:58:32 AM

INTSTD████████    30 199612
COMPUTATION HOLD ON FTP


START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271




Employee #2635321320 Page 006 of 006  PAGE  001