Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming



U.S. FILED
DISTRICT COURT
DISTRICT OF WYOMING
APR 0 7 2008
Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
Civil No. 2:07-cv –19-CAB

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jane Joyce Rice; Water Garden, Inc.; Perpetual Legacy Corp.; Carte Blanche Trust; & Newport Pacific Trust Co, Ltd<br><br>Defendants, | Notice of Appeal |

## NOTICE OF APPEAL TO THE TENTH CIRCUIT COURT OF APPEALS FROM THE JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR THE STATE OF WYOMING

Notice is hereby given that Jane Joyce Rice, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the default judgment and order of foreclosure and Judicial Sale entered in this action on the 27 day of March, 2008.

Dated this 4th day of April, 2008

*Jane Joyce Rice*
Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming

Jane Joyce Rice
9 Pleasant Valley Lane
Sheridan, Wyoming



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
APR 0 7 2008
Stephan Harris, Clerk
Cheyenne

## UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING
### Civil No. 07CV019-B

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jane Joyce Rice; Water Garden, Inc.;<br>Perpetual Legacy Corp.; Carte Blanche<br>Trust; & Newport Pacific Trust Co, Ltd;<br><br>Defendants, | **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on April __4__ 2008, a copy of the NOTICE OF APPEAL was deposited in the United States Mail addressed to:

Nicholas Vassallo
Assistant United States Attorney
P.O. Box 668
Cheyenne Wyoming, 82003

*Jane Joyce Rice*

United States of America v. Jane Joyce Rice, *et al.* Civil No. 07CV019-B          2
Notice of Appeal