OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming



Stephan Harris
Clerk of Court

Maggie Botkins
Chief Deputy Clerk

April 10, 2008

**FILED**

*7:46 am, 4/10/08*

**Stephan Harris**

**Clerk of Court**

Betsy Schumaker, Clerk of Court
United States 10th Circuit Court of Appeals
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  *USA VS JANE JOYCE RICE*
  District Court Case Number 07-CV-19B
  Notice of Appeal filed on 4/7/08

**$450.00 fee was paid**
**$5.00 fee was paid**

Receipt # CHY0004174

Dear Ms. Schumaker:

Enclosed are the following documents in connection with the Notice of Appeal, filed by the defendant in the above-referenced case, which shall constitute the preliminary record on appeal:

- Certified copy of the district court docket entries.

- Copy of the notice of appeal.

- Copy of the district court's final judgment or order(s) from which the appeal is taken, as follows:

  Default Judgment and Order #60 filed 3/27/08

- Copy of all pre judgment motions and post-judgment motions to Reconsider or which questions the judgments, and any other order disposing thereof, as follows:

  Motion to reconsider  #57 filed 1/9/08

Please advise this office of any further requirements in the above-captioned appeal.

                                Sincerely,

                                STEPHAN HARRIS
                                Clerk of Court

                 By:    /s/ Josephine Saenz
                                Deputy Clerk

District Code  - 1089
Office Code  - 02
Judge Code  - 8903
Jurisdiction Code  - 01

Enclosures:
cc:    file
       Court reporter(s) Kathy Kendrick
       Michael Ptman; Nicolas Vassallo
       Jane Joyce Rice pro/se

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001      111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152     (307) 232-2620 ◆ Fax: (307) 232-2630
www.wyd.uscourts.gov