OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Wyoming

Stephan Harris
Clerk of Court



Maggie Botkins
Chief Deputy Clerk

April 10, 2008

**FILED**

*8:12 am, 4/10/08*

**Stephan Harris**

**Clerk of Court**

Betsy Schumaker, Clerk of Court
United States 10th Circuit Court of Appeals
Byron White United States Courthouse
1823 Stout Street
Denver, CO  80257

     Re:    USDC #    07-CV-19B
            USCA #

                    USA VS JANE JOYCE RICE

Dear Ms. Schumaker:

     We are forwarding to you herewith the record on appeal, consisting of  2 volume(s) in the above referenced matter.

     The total record is enclosed herewith.

                    Sincerely,

                    STEPHAN HARRIS
                  Clerk of Court

             By:    /s/ Josephine Saenz
                    Deputy Clerk

Enclosures:

cc:    Jane Joyce Rice pro/se
       Michael Ptman; Nicolas Vassallo

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152    (307) 232-2620 ◆ Fax: (307) 232-2630

*www.wyd.uscourts.gov*

# RECORD ON APPEAL

## UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

USDC #  07-CV-19B
USCA #

USA,

        Plaintiff(s),

   vs.

JANE JOYCE RICE; WATER GARDEN INC; PERPETUAL LEGACY CORP; CARTE BLANCHE TRUST; NEWPORT PACIFIC TRUST CO LTD,
        Defendant(s).

## VOLUME ONE

**PLEADING NOS. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62**

## VOLUME TWO

**TRANSCRIPT OF MOTION PROCEEDINGS HELD 1/4/08 filed 1/11/08. (COPY)**

        Record on appeal transmitted to U. S. Court of Appeals, 10th Circuit, on April 10, 2008.

        STEPHAN HARRIS
        Clerk of Court

        By:   /s/ Josephine Saenz
               Deputy Clerk