```
FILED                              FILED
U.S. DISTRICT COURT           United States Court of Appeals
DISTRICT OF WYOMING                   Tenth Circuit

    APR 15 2008                      APR 11 2008

  Stephan Harris, Clerk          ELISABETH A. SHUMAKER
       Cheyenne                           Clerk
```

# United States District Court
## For The District of Wyoming

USA,

    Plaintiff/Appellee(s),             District No. 07-CV-19B

    vs.                              Court of Appeals No. 08-8029

JANE JOYCE RICE; WATER GARDEN
INC; PERPETUAL LEGACY CORP;
CARTE BLANCHE TRUST; NEWPORT
PACIFIC TRUST CO LTD,

    Defendant/Appellant(s).

## RECEIPT

Received from Josephine Saenz, Appeals Clerk and filed upon receipt, the Record on Appeal of the United States District Court for the District of Wyoming in the above-referenced case, Volume(s) 1 through 2 directed to the Clerk, United States Court of Appeals for the Tenth Circuit.

Dated: 4-11-08

                                        Betsy Schumaker
                                        CLERK OF COURT

                                        By: _____
                                             Deputy Clerk

Please sign, date and return to:

Josephine Saenz, Deputy Clerk
United States District Court
District of Wyoming
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001