THOMAS R. FRENCH
THOMAS R. FRENCH, P.C.
125 S. Howes St., Suite 401
Fort Collins, CO  80521
(970) 484-0360: Telephone
(970) 482-3148: Facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                                             ) | |
|            Plaintiff,                            ) | |
|                                                             ) | |
|            v.                                         ) | |
|                                                             ) | |
| JANE JOYCE RICE; WATER GARDEN,  ) | Docket No. 07-CV-019-B |
| INC.; PERPETUAL LEGACY CORP.;     ) | |
| CARTE BLANCHE TRUST; &               ) | |
| NEWPORT TRUST CO., LTD.;              ) | |
|                                                             ) | |
|            Defendants.                        ) | |

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS**

The law firm of Thomas R. French, P.C. respectfully enters its appearance on behalf of all the Defendants in this matter.

Respectfully submitted this 3rd day of February, 2010.

THOMAS R. FRENCH, P.C.

By:  /s/
     Thomas R. French
     125 S. Howes St., Suite 401
     Fort Collins, CO  80521
     Telephone: 970-484-0360
     Facsimile: 970-482-3148
     Email: frenchlaw@frii.com
     Attorney for Jane Joyce Rice, Water Garden,
     Inc., Perpetual Legacy Corp., Carte Blanche
     Trust, and Newport Pacific Trust Co., Ltd.

## Certificate of Service

This document has been electronically filed in this Court this 3rd day of February, 2010 , in compliance with the requirements for ECF in the United States District Court for the District of Wyoming, and service has been effected pursuant to that ECF filing.

/s/ _____

Thomas R. French