### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JANE JOYCE RICE; WATER GARDEN, ) | Docket No. 07-CV-019-B |
| INC.; PERPETUAL LEGACY CORP.; ) | |
| CARTE BLANCHE TRUST; & ) | |
| NEWPORT TRUST CO., LTD.; ) | |
| ) | |
| Defendants. ) | |

---

**ORDER ADMITTING TED H. MERRIAM &
KEVIN A. PLANEGGER *PRO HAC VICE***

---

The Court, after having been fully advised in all pertinent matters, grants the

Motion to Admit Ted H. Merriam and Kevin A. Planegger, *Pro Hac Vice*, in this case.

Done this _____ day of February, 2010.

 _____
 DISTRICT COURT MAGISTRATE JUDGE