FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB 0 4 2010

Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JANE JOYCE RICE; WATER GARDEN, INC.; PERPETUAL LEGACY CORP.; CARTE BLANCHE TRUST; & NEWPORT TRUST CO., LTD.; | ) ) ) ) ) |
| Defendants. | ) ) |

Docket No. 07-CV-019-B

### ORDER ADMITTING TED H. MERRIAM & KEVIN A. PLANEGGER *PRO HAC VICE*

The Court, after having been fully advised in all pertinent matters, grants the Motion to Admit Ted H. Merriam and Kevin A. Planegger, *Pro Hac Vice*, in this case.

Done this 4th day of February, 2010.

_____
DISTRICT COURT MAGISTRATE JUDGE