FILED
U.S. DISTRICT COU[RT]
DISTRICT OF WYOM[ING]

DEC 22 2010

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JANE JOYCE RICE; WATER GARDEN, ) | Docket No. 07-CV-019-B |
| INC.; PERPETUAL LEGACY CORP.; ) | |
| CARTE BLANCHE TRUST; & ) | |
| NEWPORT TRUST CO., LTD.; ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION TO WITHDRAW
OF THOMAS R. FRENCH, P.C.**

The Court, after having been fully advised in all pertinent matters, grants the Motion to Withdraw of Thomas R. French, P.C., and orders the law firm of Thomas R. French, P.C. withdrawn from further representation of the Defendants in this case.

Done this 22nd day of December 2010.

*[signature]*

DISTRICT COURT (MAGISTRATE) JUDGE