MARK A. KLAASSEN
United States Attorney
NICHOLAS VASSALLO
Assistant United States Attorney
2120 Capitol Avenue, Room 4002
Cheyenne, Wyoming 82001

LANDON M. YOST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Telephone:    (202) 307-2144
Email: Landon.M.Yost@usdoj.gov

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JANE JOYCE RICE, ET AL,**<br><br>**Defendants.** | Civil No. 2:07-cv-00019<br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |

To the Clerk:

The judgment entered on March 27, 2008, Dkt. No. 60, in the above-captioned case against Jane Joyce Rice and in favor of the United States has been satisfied in full. Accordingly, the Clerk of the U.S. District Court for the District of Wyoming is hereby authorized to satisfy and cancel said judgment of record.

//

1

Respectfully submitted this 16th day of May, 2019,

        MARK A. KLAASSEN
        United States Attorney

        /s/ Landon Yost
        LANDON M. YOST
        Trial Attorney, Tax Division
        U.S. Department of Justice

        /s/ Nicholas Vassallo
        NICHOLAS VASSALLO
        Assistant United States Attorney
        Cheyenne, Wyoming 82001

**CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFIED that service of the foregoing has been made May 16, 2019, via the Court's ECF system to the following:

Ted Merriam
Kevin Planegger
MERRIAM LAW FIRM

                                       /s/ Landon Yost
                                       LANDON YOST
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice